# EXHIBIT E



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 19752694**
**Date Processed: 05/04/2019**

| | |
|---|---|
| **Primary Contact:** | Timothy Mountz<br>Financial Industry Regulatory Authority, Inc. (FINRA)<br>1735 K Street NW<br>Washington, DC 20006-1506 |
| **Electronic copy provided to:** | Angela Saffoe<br>Sara Jeffries<br>B. Brooks<br>Jessica Sarkis<br>Suzanne Duddy<br>Fariba Naim<br>Terri Reicher |
| **Entity:** | Financial Industry Regulatory Authority, Inc.<br>Entity ID Number  3418835 |
| **Entity Served:** | Financial Industry Regulatory Authority, Inc. |
| **Title of Action:** | In Re: Pee Pee Pop Trust, Pee Pee Pop Trust II, Pee Pee Pop Trust III, Man Cub Trust, Man Cub Trust II, Man Cub Trust III, Dated July 22, 2013 |
| **Document(s) Type:** | Motion |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Washoe County District Court, NV |
| **Case/Reference No:** | R19-00231 |
| **Jurisdiction Served:** | Nevada |
| **Date Served on CSC:** | 05/03/2019 |
| **Answer or Appearance Due:** | Other/NA |
| **Originally Served On:** | CSC |
| **How Served:** | Regular Mail |
| **Sender Information:** | William E. Peterson<br>775-785-5440 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com