# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN THE MATTER OF THE PEE PEE POP TRUST, et al.

    Plaintiff(s),

vs.

    Defendant(s).

Case #3:19-cv-00240-MMD-CBC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

____Gregory A. Davis____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

____Squire Patton Boggs (US) LLP____
(firm name)

with offices at ____1 East Washington Street, Suite 2700____,
(street address)

____Phoenix____, ____Arizona____, ____85004____,
(city) (state) (zip code)

____(602) 528-4000____, ____gregory.davis@squirepb.com____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____Financial Industry Regulatory Authority, Inc.____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

| | | |
|---|---|---|
| 1 | 3. | That since _____August 25, 2008_____, Petitioner has been and presently is a |
| | | (date) |
| 2 | member in good standing of the bar of the highest Court of the State of _____Arizona_____ |
| | | (state) |
| 3 | where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or |
| 4 | from the clerk of the supreme court or highest admitting court of each state, territory, or insular |
| 5 | possession of the United States in which the applicant has been admitted to practice law certifying |
| 6 | the applicant's membership therein is in good standing. |
| 7 | 4. | That Petitioner was admitted to practice before the following United States District |
| 8 | Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts |
| 9 | of other States on the dates indicated for each, and that Petitioner is presently a member in good |
| 10 | standing of the bars of said Courts. |

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attachment | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

2

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Arizona____ )
COUNTY OF ____Maricopa____ )

____Gregory A. Davis____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__17th__ day of __May__, __2019__.

_____
Notary Public or Clerk of Court

**WENDY ANDERSON**
Notary Public - Arizona
Maricopa Co. / #549450
Expires 09/15/2022

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Sean L. Anderson____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____2525 Box Canyon Drive____,
(street address)

__Las Vegas__, __Nevada__, __89128__,
(city)        (state)        (zip code)

__(702) 538-9074__, __sanderson@lkglawfirm.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Sean L. Anderson_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party'ssignature)

Financial Industry Regulatory Authority, Inc.
(type or print party name, title)

_____
(party'ssignature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7259                    sanderson@lkglawfirm.com
Bar number              Email address

APPROVED:

Dated: this 20th day of May, 20 19.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## Gregory A. Davis Admissions

| Court | Date Admitted | Bar Number |
|---|---|---|
| California | 12/1/06 | 246829 |
| United States District Court for the Southern District of California | 1/5/07 | N/A |
| United States District Court for the Central District of California | 1/26/07 | N/A |
| United States District Court for the Northern District of California | 2/5/07 | N/A |
| Arizona | 8/25/08 | 025976 |
| United States District Court for the District of Arizona | 5/4/09 | N/A |
| United States District Court for the Eastern District of California | 10/21/09 | N/A |
| United States Court of Appeals for the Ninth Circuit | 10/20/10 | N/A |
| United States District Court for the District of Colorado | 4/23/13 | N/A |

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **GREGORY ALAN DAVIS** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on August 25, 2008 is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this March 12, 2019.

Amanda McQueen
Disciplinary Clerk

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617        TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 6, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GREGORY ALAN DAVIS, #246829 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2006; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records