# Exhibit "A"

# Exhibit "A"

**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
RYAN D. HASTINGS
Nevada Bar No. 12394
E-mail: rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:     (702) 538-9074
Facsimile:     (702) 538-9113

**SQUIRE PATTON BOGGS (US) LLP**
Gregory A. Davis *(pro hac vice)*
gregory.davis@squirepb.com
Gregory Schneider *(pro hac vice forthcoming)*
gregory.schneider@squirepb.com
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
*Attorneys for Financial Industry
Regulatory Authority, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE<br><br>PEE PEE POP TRUST, PEE PEE POP TRUST II, PEE PEE POP TRUST III, MAN CUB TRUST, MAN CUB TRUST II, MAN CUB TRUST III, DATED JULY 22, 2013. | Case No.: 3:19-cv-00240-MMD-CBC<br><br>**DECLARATION OF MARCIA E. ASQUITH IN SUPPORT OF FINRA'S MOTION TO DISMISS** |

I, Marcia E. Asquith, declare as follows:

1. I am over the age of 18 years and am in all respects competent to make this declaration. All facts stated herein are based upon my personal knowledge. If called upon to testify, I could and would competently testify to the facts set forth herein.

2. I am the Executive Vice President and Corporate Secretary of Financial Industry Regulatory Authority, Inc. ("FINRA").

3. FINRA is a private, not-for-profit Delaware corporation and self-regulatory organization ("SRO") that, subject to oversight by the Securities and Exchange Commission ("SEC"), determines the qualifications of broker-dealer firms and individual stockbrokers seeking to enter the industry, imposes binding rules that govern FINRA members, and "enforce[s] compliance by its members" with those same rules and regulations.

4. FINRA's principal place of business is Washington, D.C.

5. FINRA has 16 offices throughout the United States, none of which are in Nevada.

6. FINRA employs approximately 3,600 people, none of whom work principally in Nevada.

7. There are 70 hearing venues at which FINRA members may arbitrate disputes. Only two of those venues are in Nevada, and they are at locations that are not owned by FINRA.

8. Approximately 3,700 broker-dealer firms are currently under FINRA's supervision. Only 9 of those firms ($\approx 0.24\%$) are headquartered in Nevada.

9. FINRA has no mailing address or telephone numbers in Nevada.

10. FINRA owns no real estate in Nevada.

I declare under penalty of perjury that the following is true and correct.

Executed this 23rd day of May, 2019.

_____
Marcia E. Asquith