**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
RYAN D. HASTINGS
Nevada Bar No. 12394
E-mail: rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113

**SQUIRE PATTON BOGGS (US) LLP**
Gregory A. Davis *(pro hac vice)*
gregory.davis@squirepb.com
Gregory Schneider *(pro hac vice)*
gregory.schneider@squirepb.com
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
*Attorneys for Financial Industry Regulatory Authority, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE<br><br>PEE PEE POP TRUST, PEE PEE POP TRUST II, PEE PEE POP TRUST III, MAN CUB TRUST, MAN CUB TRUST II, MAN CUB TRUST III, DATED JULY 22, 2013. | Case No.: 3:19-cv-00240-MMD-CBC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 11]**<br>**[First Request]** |

Petitioners John Hurry, Trustee of Pee Pee Pop Trust, Pee Pee Pop Trust II, Pee Pee Pop Trust III, Man Cub Trust, Man Cub Trust II, and Man Cub Trust III dated July 22, 2013 (collectively, the "Trusts"), Alpine Securities Corporation ("Alpine"), Scottsdale Capital Advisors Corporation ("Scottsdale" and collectively, the "Corporations"), and defendant Financial Industry Regulatory Authority, Inc. ("FINRA"), by and through their undersigned counsel, hereby stipulate and agree as follows:

-1-

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

1. On May 24, 2019, FINRA filed its Motion to Dismiss [ECF 11].
2. On June 7, 2019 John Hurry, Trustee of the Trusts, and the Corporations filed their Opposition to FINRA's Motion to Dismiss [ECF 16].
3. FINRA is required to file a Reply in Support of Its Motion to Dismiss on or before June 14, 2019.
4. Local counsel, Sean L. Anderson, is out of the jurisdiction until June 15, 2019.
5. *Pro Hac Vice* Counsel, Gregory A. Davis has a three-day hearing outside the jurisdiction set for June 12, 2019 through June 14, 2019.

…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…

In light of the foregoing, the Parties by and through their counsel hereby agree and stipulate to an extension of time for FINRA to file its Reply in Support of Its Motion to Dismiss, up to and including June 21, 2019.

This is the parties' first request and is not intended for the purposes of prejudice or delay.

DATED this 11th day of June, 2019.

| SNELL & WILMER LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| */s/ William E. Peterson* **(with permission)**<br>William E. Peterson<br>Nevada Bar No. 1528<br>Janine C. Prupas<br>Nevada Bar No. 9156<br>50 W. Liberty Street, Suite 510<br>Reno, Nevada 89501<br>*Counsel for Petitioners* | */s/ Sean L. Anderson*<br>Sean L. Anderson<br>Nevada Bar No. 7259<br>Ryan D. Hastings<br>Nevada Bar No. 12394<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Financial Industry Regulatory Authority, Inc.* |

## **ORDER**

IT IS SO ORDERED.

Dated this _____ day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE