William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501
Telephone:  775-785-5440
Facsimile:  775-785-5441
Email:  wpeterson@swlaw.com
            jprupas@swlaw.com

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| IN THE MATTER OF THE PEE PEE POP TRUST, PEE PEE POP TRUST II, PEE PEE POP TRUST III, MAN CUB TRUST, MAN CUB TRUST II, MAN CUB TRUST III, DATED JULY 22, 2013. | Case No.   3:19-cv-00240-MMD-CBC |
|---|---|

### JOINT STATUS REPORT

Comes now, John Hurry, Trustee of Pee Pee Pop Trust, Pee Pee Pop Trust II, Pee Pee Pop Trust III, Man Cub Trust, Man Cub Trust II and Man Cub Trust III dated July 22, 2013, Alpine Securities Corporation, and Scottsdale Capital Advisors Corporation ("Corporations" and collectively "Petitioners") and Respondent Financial Industry Regulatory Authority, Inc. ("FINRA") and file the following joint status report in accordance with this Court's May 13, 2019 Minute Order (Doc. 5):

**I.    HISTORY AND STATUS OF ACTION**

Petitioners filed its Petition to Assume Jurisdiction in the Probate Department of the Second Judicial District Court of the State of Nevada in and for the County of Washoe on April 26, 2019 (Doc. 1-6) together with a Motion for Temporary Restraining Order and Preliminary Injunction on that same date (Doc. 1-6). Petitioners served Interested Party, FINRA, with Notice of Hearing on the Petition served by mail on May 1, 2019.

FINRA filed its Notice of Removal of the Petition with this Court on May 10, 2019 (Doc. 1).

FINRA filed and served its Motion to Dismiss with this Court on May 24, 2019 (Doc. 11).

Petitioners filed their Opposition to FINRA's Motion to Dismiss with this Court on June 7, 2019 (Doc. 16).

Petitioners and FINRA filed a stipulation with this Court on June 11, 2019 extending FINRA's time to file its Reply to the Petitioners' Response to Motion to Dismiss with this Court to June 21, 2019 (Doc. 18).

Petitioners filed their Motion to Remand the Petition to State Court on June 10, 2019 (Doc. 17).  FINRA's opposition to the Motion to Remand is due on June 24, 2019.

A case management conference with Magistrate Judge Carla Baldwin Carry has been scheduled in this matter for July 26, 2019 (Doc. 15).

**II.    STATEMENT OF ACTION REQUIRED TO BE TAKEN BY THIS COURT**

Inasmuch as the briefing on the two matters filed with the Court (Motion to Dismiss (Doc. 11) and Motion to Remand (Doc. 17), have not been fully briefed or submitted to the Court for decision, there is no action required to be taken by this court at this time.

| Dated:  June 12, 2019 | Dated: June 12, 2019 |
|---|---|
|  | SQUIRE PATTON BOGGS LLP<br>1 East Washington Street, Suite 2700<br>Phoenix, Arizona 85004 |
| SNELL & WILMER L.L.P. | LEACH KERN GRUCHOW<br>ANDERSON SONG |
| By: */s/ William E. Peterson*<br>William E. Peterson, Bar No. 1528<br>Janine C. Prupas, Bar No. 9156<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501 | By: */s/ Gregory Schneider (with permission)*<br>Sean L. Anderson, Bar No. 7259<br>Ryan D. Hastings, Bar No. 12394<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128 |
| *Attorneys for Petitioners* | *Attorneys for Defendant* |