William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: wpeterson@swlaw.com
 jprupas@swlaw.com

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| IN THE MATTER OF THE<br><br>PEE PEE POP TRUST, PEE PEE POP TRUST II, PEE PEE POP TRUST III, MAN CUB TRUST, MAN CUB TRUST II, MAN CUB TRUST III, DATED JULY 22, 2013. | Case No. 3:19-cv-00240-MMD-CBC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PETITIONERS TO REPLY IN SUPPORT OF MOTION TO REMAND**<br><br>**(FIRST REQUEST)** |
|---|---|

Petitioners John Hurry, Trustee of Pee Pee Pop Trust, Pee Pee Pop Trust II, Pee Pee Pop Trust III, Man Cub Trust, Man Cub Trust II and Man Cub Trust III dated July 22, 2013 (collectively the "Trusts"), and Alpine Securities Corporation ("Alpine") and Scottsdale Capital Advisors Corporation ("Scottsdale" and collectively the "Corporations") and defendant Financial Industry Regulatory Authority, Inc. ("FINRA"), by and through their undersigned counsel, stipulate and agree as follows:

1.  On June 10, 2019, Petitioners filed their Motion to Remand (ECF 17).

2.  On June 21, 2019, FINA filed its Opposition to Petitioners' Motion to Remand (ECF 22).

3.  Petitioners are required to file a Reply in Support of their Motion to Remand on or before Friday, June 28, 2019.

4.  Counsel for Petitioners has a short-noticed hearing scheduled for Monday, July 1, 2019 in which he needs to prepare for.

5. Petitioners' law firm is closed on July 4-5, 2019 for the holiday.

In light of the foregoing, the Parties by and through their counsel hereby agree and stipulate to an extension of time for Petitioners to file their Reply in Support of its Motion to Remand up to and including Monday, July 8, 2019.

This is the Parties' first request for extension and is not intended for purposes of prejudice or delay.

Dated: June 26, 2019

SNELL & WILMER L.L.P.

By: */s/ William E. Peterson*
William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
50 West Liberty Street, Suite 510
Reno, Nevada 89501

*Attorneys for Petitioners*

Dated: June 26, 2019

SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004

LEACH KERN GRUCHOW
ANDERSON SONG

By: */s/ Gregory A. Davis (with permission)*
Sean L. Anderson, Bar No. 7259
Ryan D. Hastings, Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this 28th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE