UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| PEE PEE POP TRUST, et al., | ) | 3:19-CV-0240-MMD-CBC |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | DATE: July 29, 2019 |
| | ) | |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., | ) ) ) | |
| | ) | |
| Defendant(s). | ) ) | |

PRESENT:  THE HONORABLE CARLA BALDWIN CARRY  , U.S. MAGISTRATE JUDGE
Deputy Clerk:          Lisa Mann          Court Reporter:    Liberty Recorder
Counsel for Plaintiff(s):          William Peterson
Counsel for Defendant(s):          Gregory Davis and Gregory Schneider (Both by telephone)

PROCEEDINGS: CASE MANAGEMENT CONFERENCE

9:03 a.m.  Court convenes.

The Court addresses the parties regarding the purpose of this hearing and advises counsel of the papers the Court reviewed in preparation for this case management conference.

The Court notes that it can glean from the joint case management report (ECF No. 27) that the parties have not conducted the Rule 26(f) conference, exchanged initial disclosures, nor have the parties prepared a proposed discovery plan and scheduling order in this case.  The Court advises counsel that a stay of discovery is not automatic in light of the filing of dispositive motions.  Therefore, if counsel wish to have a stay of discovery, a formal motion to stay discovery should be filed for the Court's consideration.

Having heard from counsel and good cause appearing, the Court finds that counsel shall prepare and file a discovery plan and scheduling order with the deadlines calculated one hundred and eighty (180) days from today's date.

The Court further finds that it will set a case management conference around one hundred and eighty days from today.  If dispositive motions are still pending at the time of the further case management conference, the Court will discuss with the parties how best to proceed with this case.

Pee Pee Pop Trust, et al. v. Financial Industry Regulatory Authority, Inc.
3:19-CV-0240-MMD-CBC
July 29, 2019
Page 2

      IT IS SO ORDERED.

9:11 a.m.  Court adjourns.

      THEREAFTER, the Court sets the further case management conference for **Monday, January 27, 2020** at **9:00 a.m.**  Out-of-town and out-of-state counsel shall be allowed to appear telephonically for this hearing and shall dial **877-336-1829** at least five (5) minutes prior to the hearing to be properly connected into the courtroom.  The **access code** is **2809752** and the **security code** is **19240**.

      In addition, counsel shall file the proposed discovery plan and scheduling order by no later than the close of business on **Monday, August 5, 2019**.

                                    DEBRA K. KEMPI, CLERK

                                    By:      /s/
                                      Lisa Mann, Deputy Clerk