William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: wpeterson@swlaw.com
        jprupas@swlaw.com

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE | Case No.    3:19-cv-00240-MMD-CBC |
| PEE PEE POP TRUST, PEE PEE POP TRUST II, PEE PEE POP TRUST III, MAN CUB TRUST, MAN CUB TRUST II, MAN CUB TRUST III, DATED JULY 22, 2013. | **[PROPOSED] STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| | **SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1, John Hurry, Trustee of Pee Pee Pop Trust, Pee Pee Pop Trust II, Pee Pee Pop Trust III, Man Cub Trust, Man Cub Trust II and Man Cub Trust III dated July 22, 2013, Alpine Securities Corporation, and Scottsdale Capital Advisors Corporation ("Corporations" and collectively "Petitioners") and Respondent Financial Industry Regulatory Authority, Inc. ("FINRA"), submit this proposed Stipulated Discovery Plan and Scheduling Order in the above-referenced case.

**A.  Meet and Confer.**  Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1(a), a telephonic meeting will be held on August 5, 2019 between counsel for Petitioners and FINRA.

**B.  Initial Disclosures.**  The Parties stipulate and agree that the deadline to make initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(C) shall be **August 19, 2019**.

**C.  Discovery Plan.**

1.    Discovery Cut-Off Date.  Pursuant to the telephonic status conference held on

August 5, 2019, the discovery cut-off date shall be **January 27, 2020**.

2.     <u>Amending the Pleadings and Adding Parties</u>.  The Parties shall be permitted to amend pleadings or to add parties until **October 29, 2019**.

3.     <u>Expert Witnesses</u>.  The last day to disclose initial expert witnesses shall be **November 27, 2019**.  The last day to disclose rebuttal expert witnesses shall be **December 27, 2019**.

4.     <u>Pretrial Order</u>.  The deadline to file the joint pretrial order will be **March 27, 2020**.  The disclosures required by Fed. R. Civ. P.  26(a)(3) and Local Rule 16-4 shall be made in the joint pretrial order.

5.     <u>Dispositive motions</u>.  FINRA filed a motion to dismiss on May 24, 2019 which is fully briefed and submitted.  Petitioners filed a motion to remand on June 10, 2019 which is fully briefed and submitted.  The deadline to file any further dispositive motions will be **February 27, 2020.**

6.     <u>Interim Status Report</u>.  Pursuant to LR 26-3, an interim status report must be filed no later than 60 days before the discovery cut-off date.  The deadline to file the interim status report is **November 27, 2019**.

7.     <u>Trial Date</u>.  Per the Court's Order on Jul 27, 2019 a case management conference will be held on January 27, 2010, and if dispositive motions are still pending, will discuss how best to proceed.

**D.  <u>Other Items.</u>**

1.  <u>Alternative Dispute Resolution</u>.  Pursuant to LR 26-1(b)(7), the Parties certify that they discussed the possibility of using alternative dispute resolution.

2.  <u>Alternative Forms of Case Disposition</u>.  Pursuant to LR 26-1(b)(8), the Parties certify that they considered consent to trial by a magistrate judge or use of the Short Trial Program.

3.  <u>Clawback Agreement</u>.  The inadvertent disclosure of documents shall be governed by Federal Rule of Evidence 502 and Federal Rule of Civil Procedure 26(b)(5)(B).

/ /

/ /

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775/785-5440

Dated:  August 5, 2019

SNELL & WILMER L.L.P.

By:  */s/ William E. Peterson*
    William E. Peterson, Bar No. 1528
    Janine C. Prupas, Bar No. 9156
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501

*Attorneys for Petitioners*

Dated: August 5 2019

SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004

LEACH KERN GRUCHOW
ANDERSON SONG

By:  */s/ Gregory A. Davis (with persmission)*
    Sean L. Anderson, Bar No. 7259
    Ryan D. Hastings, Bar No. 12394
    2525 Box Canyon Drive
    Las Vegas, Nevada 89128

*Attorneys for Defendant*

- 3 -