# Exhibit B

# Declaration of John Hurry

1  William E. Peterson, Bar No. 1528
   Janine C. Prupas, Bar No. 9156
2  SNELL & WILMER L.L.P.
   50 West Liberty Street, Suite 510
3  Reno, Nevada 89501
   Telephone: 775-785-5440
4  Facsimile: 775-785-5441
   Email: wpeterson@swlaw.com
5         jprupas@swlaw.com

6  *Attorneys for Petitioners*

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11  IN THE MATTER OF THE               Case No.    3:19-cv-00240-MMD-CBC

12  PEE PEE POP TRUST, PEE PEE POP     **DECLARATION OF JOHN HURRY IN**
    TRUST II, PEE PEE POP TRUST III, MAN   **SUPPORT OF MOTION FOR**
13  CUB TRUST, MAN CUB TRUST II, MAN   **TEMPORARY RESTRAINING**
    CUB TRUST III, DATED JULY 22, 2013.    **ORDER AND PRELIMINARY**
14                                     **INJUNCTION**

15       I, John Hurry under penalty of perjury under the laws of Nevada and California state as

16  follows;

17       1.      I am the trustee of the Pee Pee Pop Trust, Pee Pee Pop Trust II, Pee Pee Pop Trust

18  III, Man Cub Trust, Man Cub Trust II and Man Cub Trust III (collectively the Trusts).

19       2.      I make this Declaration in Support of the Motion for Temporary Restraining Order

20  and Preliminary Injunction (Motion).

21       3.      I have read and am familiar with the Motion as well as the Petition to Assume

22  Jurisdiction of the Trusts filed in state court and removed to Federal court and state that the factual

23  averments set forth in said Motion and Petition are true of my own personal knowledge except as

24  to such matters that by expression or context are based on information or belief, and as to those I

25  affirm that I believe them to be true.

26       4.      On Thursday, August 15, 2019, FINRA issued an order suspending the membership

27  interests in FINRA of Petitioners Alpine Securities Corporation (Alpine) and Scottsdale Capital

28  Advisors Corporation (Scottsdale).

5.      Without current membership interests in good standing with FINRA, both Alpine and Scottsdale are unable to do business and are unable to transact business for or on behalf of their customers, including consummating transactions or liquidating accounts, thereby exposing such third parties to harm and damage.

6.      The suspension of their ability to transact business and suspension of their licenses, has resulted in catastrophic loss of business and reputation to both Alpine and Scottsdale which loss continues on a daily basis while they are unable to transact business. Such loss cannot be adequately measured nor can it ever be recovered.

7.      I have provided trust certificates to FINRA establishing the existence, ownership, operation and control of the Trusts under Nevada law. Those certificates are included in the Petition the Trusts filed in state court that are now removed to federal court and are in the file, together with Continued Membership Applications for the Trusts.

8.      The six Trusts have the same Settlors, Trustees, Beneficiaries and Operating Provisions as the two Hurry Family Trusts that formerly owned the two holding companies that they formerly owned, and that the six trusts now own. There has been no change in ownership through any change in trustees, beneficiaries or operating provisions and these are confirmed in the Certificates of Trust filed with the Removed Petition.

9.      It is my understanding that the memberships of Alpine and Scottsdale were suspended for failure of the trustees to provide full and complete copies of the trust instruments instead of Trust Certifications as permitted by Nevada law.

10.     My trusts are highly confidential and sensitive testamentary documents outlining the manner in which the trust assets will be distributed to my heirs and legatees after my death. During my life, my wife and I operate and control all aspects of the trust and its assets just as though we owned the assets in fee and exactly in the same manner as the former two trusts.

11.     Scottsdale has been a member of FINRA since 2002. Alpine has been a member of FINRA since 1984. Alpine has been owned by SCA Clearing LLC since 2011. I formerly owned SCA Clearing, but have since put the ownership of SCA Clearing equally in the six trusts, as to which I am the lifetime and income beneficiary and exercise the same control over SCA Clearing

1  as I always did. My wife and I own the entire present legal and beneficial interest in SCA Clearing

2  until my death at which time the legal and beneficial interests will be distributed pursuant to the

3  testamentary provisions of the trusts. The same holds true of Scottsdale Capital Advisors Holdings

4  LLC ("SCA Holdings") formerly owned by my wife, and now by the six trusts in equal shares.

5      12.    The transfer of the legal interests from my wife and I to the Trusts and the future

6  beneficial interests in SCA Clearing and SCA Holdings to the remainder beneficiaries under the

7  Trusts effected no current or present change in the operation or control or ownership of either SCA

8  Holdings or SCA Clearing, as my wife and I, as individual trustees have the legal ownership of the

9  entities in trust or as fiduciaries for ourselves, as beneficial owners until our death. The legal and

10  equitable ownership is effectively merged in ourselves as both trustees and life beneficiaries, with

11  the only change pertaining to distribution of the future interest (remainder interest) on our death.

12  The remainder beneficiaries are entirely contingent remainder beneficiaries as I have the right to

13  amend the trusts at any time, and they therefore have no present interest in the assets, including,

14  SCA Clearing and SCA Holdings.

17  John Hurry

18  4850-0090-9217

- 3 -