**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
RYAN D. HASTINGS
Nevada Bar No. 12394
E-mail: rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113

**SQUIRE PATTON BOGGS (US) LLP**
Gregory A. Davis *(pro hac vice)*
gregory.davis@squirepb.com
Gregory Schneider *(pro hac vice)*
gregory.schneider@squirepb.com
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
*Attorneys for Financial Industry Regulatory Authority, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE<br><br>PEE PEE POP TRUST, PEE PEE POP TRUST II, PEE PEE POP TRUST III, MAN CUB TRUST, MAN CUB TRUST II, MAN CUB TRUST III, DATED JULY 22, 2013. | Case No.: 3:19-cv-00240-MMD-CBC<br><br>**STIPULATION AND ORDER TO WITHDRAW WITHOUT PREJUDICE PETITIONERS' MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

      Petitioners John Hurry, Trustee of Pee Pee Pop Trust, Pee Pee Pop Trust II, Pee Pee Pop Trust III, Man Cub Trust, Man Cub Trust II, and Man Cub Trust III dated July 22, 2013 (collectively, the "Trusts"), Alpine Securities Corporation ("Alpine"), Scottsdale Capital Advisors Corporation ("Scottsdale" and collectively, the "Corporations"), and defendant Financial Industry Regulatory Authority, Inc. ("FINRA"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On August 19, 2019, the Trusts and Corporations filed Motions for Temporary Restraining Order and Preliminary Injunction (Docs. 32 and 33) (the "Motions").
2. The Motions were predicated on FINRA's suspension of the memberships of the Corporations.
3. The suspensions have been stayed by the Securities and Exchange Commission pending its review of the decision of the FINRA Hearing Panel.
4. The stay of the Corporations' suspensions moots the Motions.
5. The Motions should be withdrawn without prejudice to the right of the Trusts and Corporations to seek, and FINRA to oppose, injunctive relief in the future.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

In light of the foregoing, the Parties by and through their counsel hereby agree and stipulate that Petitioners' Motions for Temporary Restraining Order and Preliminary Injunction (Docs. 32 and 33) are withdrawn without prejudice to the Parties' rights to seek and/or oppose injunctive relief in the future.

RESPECTFULLY SUBMITTED this 27th day of August, 2019.

| S<span>NELL</span> & W<span>ILMER</span> LLP | S<span>QUIRE</span> P<span>ATTON</span> B<span>OGGS</span> (US) LLP |
|---|---|
| */s/ William E. Peterson* **(with permission)**<br>William E. Peterson<br>Nevada Bar No. 1528<br>Janine C. Prupas<br>Nevada Bar No. 9156<br>50 W. Liberty Street, Suite 510<br>Reno, Nevada 89501<br>*Counsel for Petitioners* | */s/ Gregory A. Davis*<br>Gregory A. Davis<br>Gregory S. Schneider<br>One East Washington Street, Suite 2700<br>Phoenix, Arizona 85004<br>*Attorneys for Financial Industry Regulatory Authority, Inc.* |

**ORDER**

IT IS SO ORDERED.

Dated this  27th   day of  August         , 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

-3-