AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PEE PEE POP TRUST, et al.,

                Petitioners,

    v.

FINANCIAL INDUSTRY
REGULATORY AUTHORITY, INC.,

                Respondent.

JUDGMENT IN A CIVIL CASE

Case Number: 3:19-cv-00240-MMD-CBC

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that FINRA's motion to dismiss (ECF No. 11) is granted.

IT IS FURTHER ORDERED AND ADJUDGED that the Trusts' motion to remand (ECF No. 17) is denied.

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice because amendment would be futile.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered and this case is closed.

   September 26, 2019                                        DEBRA K. KEMPI
Date                                                                Clerk

                                                                         /s/ L. Haywood
                                                                        Deputy Clerk